AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. CR-15-43-M-DLC |
| Paul Lyn Nisbet ) | |
| *Defendant* ) | |

**FILED**
JAN 12 2016
Clerk, U.S. District Court
District Of Montana
Missoula

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/12/2016

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John E. Smith
*Printed name of defendant's attorney*

_____
*Judge's signature*

Jeremiah C. Lynch, U.S. Magistrate Judge
*Judge's printed name and title*