IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 26 2016
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 15–43–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL LYN NISBET, | |
| Defendant. | |

Based on the unopposed motion of the United States of America, and for good cause appearing,

IT IS ORDERED that Plaintiff's Motion to Dismiss Information Without Prejudice (Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that the Information presently pending against Defendant Paul Lyn Nisbet is hereby DISMISSED WITHOUT PREJUDICE.

Dated this 26th day of January, 2016.

Dana L. Christensen, Chief Judge
United States District Court

-1-